**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Vernon BRYANT, a/k/a Raymond Jackson, a/k/a Cully, a/k/a Samual Barry, Defendant—Appellant.**

No. 09–6340.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 20, 2009.

Decided: May 11, 2009.

Vernon Bryant, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon Bryant appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated

by the district court. *United States v. Bryant,* No. 3:97–cr–00352–REP–1 (E.D.Va. Dec. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*